**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Navon McCRIMMON, Defendant–Appellant.**

**No. 02–6181.**

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Navon McCrimmon, Pro Se. James G. Warwick, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Navon McCrimmon seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 1651 (1994), but properly construed as a 28 U.S.C.A. § 2255 (West Supp.2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. McCrimmon,* Nos. CR–99–391–S; CA–01–3740–S (D.Md. Jan. 10, 2002). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*